142 P.3d 1284

# SUPREME COURT OF HAWAI'I

Wong v. Cayetano ............... 27117    08/28/2006  Denied    111 Hawai'i 462, 143 P.3d 1